UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X

In the Matter of:					Chapter 11

Magnetic Resonance Imaging			Case No. 1:15-40644 (NHL)
Associates of Queens, P.C.


				debtor.
------------------------------------------X

### DEBTOR'S APPLICATION/AFFIDAVIT IN SUPPORT
### OF DISMISSAL OF DEBTOR'S BANKRUPTCY FILING

STATE OF NEW JERSEY :
                    :
COUNTY OF BERGEN    : S.S.

I, John Nathenas, MD, being duly sworn, deposes and says:

1. I am the president of debtor Magnetic Resonance Imaging Associates of Queens, P.C., ("Debtor" or "Debtor-in-Possession").

2. On March 13, 2015, I, along with counsel, attended an interview with a representative of the US Trustee, concerning Debtor's Chapter 11 bankruptcy filing.

3. At the US Trustee interview, I received information concerning the requirements to prepare and maintain a Chapter 11 Plan and the recordkeeping requirements of a debtor-in-possession.

4. After further discussions with Debtor's accountant and with counsel, I came to the conclusion that it will not be feasible for Debtor to maintain a successful Chapter 11

Case No. 1:15-40644 (NHL)
Debtor's Affidavit in Support
of Dismissal of Debtor's Bankruptcy Filing

bankruptcy and it will be in the best interests of the Debtor to dismiss Debtor's Chapter 11 bankruptcy case and to continue to negotiate an out of court settlement with our creditors.

5. Accordingly, based on all of the foregoing, Debtor respectfully requests the court dismiss Debtor's Chapter 11 bankruptcy filing.

Date: 3/17/2015

_____
John Nathenas, M.D.

Sworn and signed before me this 17th day of March 2015.

_____
NOTARY PUBLIC
Raymond Marelic
attorney-at-law
State of New Jersey.