**United States Bankruptcy Court**
**Eastern District of New York**

IN RE:                                                    Case No. **1-15-40644 (NHL)**

Magnetic Resonance Imaging Associates Of                  Chapter **11**
_____
Debtor(s)

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to debtor's condition on __**March 17, 2015**__.

    a. Total assets               $ _____**1,285,026.00**

    b. Total debts (including debts listed in 2.c., below)    $ _____**5,511,054.60**

Approximate
Number of Holders

    c. Debt securities held by more than 500 holders.

        secured /  /   unsecured /  /   subordinated /  /        $ _____    _____

        secured /  /   unsecured /  /   subordinated /  /        $ _____    _____

        secured /  /   unsecured /  /   subordinated /  /        $ _____    _____

        secured /  /   unsecured /  /   subordinated /  /        $ _____    _____

        secured /  /   unsecured /  /   subordinated /  /        $ _____    _____

    d. Number of shares of preferred stock    _____**0**    _____**0**

    e. Number of shares of common stock    _____**0**    _____**0**

Comments, if any:

3. Brief description of debtor's business:

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of New York

**IN RE:**

Case No. __1-15-40644 (NHL)__

Magnetic Resonance Imaging Associates Of

Chapter __11__

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Siemens Medical Solutions USA, Inc**<br>**C/O Vedder Price**<br>**222 North Lasalle Street**<br>**Chicago, IL  60601** | | | | **4,300,000.00**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**4,300,000.00** |
| **Merchant Cash & Captial**<br>**460 Park Ave. South, 10th Floor**<br>**New York, NY  10016** | | **Bank loan** | | **225,008.00** |
| **Athas Radiology**<br>**303 Fifth Ave., Suite 209**<br>**New York, NY  10016** | | **Trade debt** | | **91,000.00** |
| **Novarad Coproration**<br>**752 Eash 1180 South, Suite 200**<br>**American Fork, UT  84003** | | **Trade debt** | | **51,370.60** |
| **American Express**<br>**Legal Department**<br>**500 North Franklin Turnpike**<br>**Ramsey, NJ  07446** | | | | **44,000.00** |
| **All American Teleradiolgy**<br>**27005 Knickerbocker Road**<br>**Bay Village, OH  44140** | | **Trade debt** | | **25,000.00** |
| **Con Edison**<br>**Cooper Station**<br>**PO Box 138**<br>**New York, NY  10276** | | | | **15,359.00** |
| **United Recovery Systems**<br>**Chase Bank USA, NA**<br>**5800 North Course Drive**<br>**Houston, TX  77072** | | **Trade debt** | | **12,965.00** |
| **Avaya Financial Services**<br>**CIT Technology Financing Service Inc.**<br>**10201 Centurion Parkway North, Suite 100**<br>**Jacksonville, FL  32256** | | **Trade debt** | | **7,760.00** |
| **Purchase Power**<br>**Pitney Bowes**<br>**2225 American Drive**<br>**Neenah, WI  54956** | | | | **5,609.00** |
| **Verizon**<br>**PO Box 15124**<br>**Albany, NY  12212** | | | | **4,926.00** |
| **Mega Path**<br>**6800 Koll Center Parkway, Suite 200**<br>**Pleasanton, CA  94566** | | **Trade debt** | | **4,924.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Action Environmental Services**<br>**451 Frelinghuysen Ave.**<br>**Newark, NJ  07114** | **Trade debt** | **2,000.00** |
| **Carestream Heath, Inc.**<br>**150 Verona Street**<br>**Rochester, NY  14608** | **Trade debt** | **1,984.00** |
| **National Grid USA Service Company, Inc**<br>**1 Metro Tech Center**<br>**Brooklyn, NY  11201** | **Trade debt** | **1,846.00** |
| **Ansell, Grimm & Aaron**<br>**341 Broad Street**<br>**Clifton, NJ  07013** | **Trade debt** | **1,645.00** |
| **Guardian Life Insurance**<br>**3900 Burgess Place**<br>**Bethlehem, PA  18017** | | **1,407.00** |
| **Stercycle Inc.**<br>**4010 Commerical Ave.**<br>**Northbrook, IL  60062** | **Trade debt** | **1,297.00** |
| **Jones Surgical Co. LLC**<br>**101-21 Metropolitan Ave.**<br>**Forest Hills, NY  11375** | **Trade debt** | **1,251.00** |
| **NYC Water Board**<br>**PO Box**<br>**Newark, NJ  07101** | | **1,052.00** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **March 17, 2015**                    Signature: ***/s/ John Nathenas***

                    **John Nathenas, President**
<div align="right">(Print Name and Title)</div>

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Official Form 6 - Summary) (12/14)

## United States Bankruptcy Court
## Eastern District of New York

IN RE:

Case No. **1-15-40644 (NHL)**

**Magnetic Resonance Imaging Associates Of**

Chapter **11**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 9 | $ 1,285,026.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 4,738,763.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $ 772,291.60 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 21 | $ 1,285,026.00 | $ 5,511,054.60 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

**IN RE** Magnetic Resonance Imaging Associates Of _____    Case No. **1-15-40644 (NHL)** _____
                                        Debtor(s)                                                                      (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Magnetic Resonance Imaging Associates Of**
                              Debtor(s)

Case No. **1-15-40644 (NHL)**
                (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Savings<br>Citibank Checking<br>Citibank Savings | | 1.00<br>675.00<br>837.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE <u>Magnetic Resonance Imaging Associates Of</u>     Case No. <u>1-15-40644 (NHL)</u>
         Debtor(s)               (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivables** | | **1,188,640.00** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Furniture & Fixtures** | | **19,105.00** |
| | | **Telephone Equipment** | | **5,582.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Computer Equipment** | | **14,390.00** |
| | | **Leased CT Scan Machine** | | **unknown** |
| | | **Leased MRI Machine** | | **unknown** |
| | | **PACS System Equipment** | | **55,796.00** |
| | | **  See attached sheets.  See above for approximate values.** | | **0.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Magnetic Resonance Imaging Associates Of**
_____
                              Debtor(s)

Case No. **1-15-40644 (NHL)**
                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **1,285,026.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____  **6** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## MRI Machine

| Manufacturer | System | Serial Number |
|---|---|---|
| Siemens | MAGNETOM Espree 1.5T | 30211 |

## CT Scan Machine

| Manufacturer | System | Serial Number |
|---|---|---|
| Siemens | SOMATOM Sensation 64 | 1749 (?) |

## MRI Coils

| Manufacturer | Type of Coil | Siemens Part # | Serial Number |
|---|---|---|---|
| Siemens | BODY MATRIX | 0757955 | 3106 |
| Siemens | EXTREMITY | 07579472 | 1792 |
| Siemens | FLEX LARGE | 05512053 | 5080 |
| Siemens | FLEX SMALL | 05512038 | 4992 |
| Siemens | HEAD MATRIX | 07577732 | 3841 |
| Siemens | NECK MATRIX | 07577906 | 2217 |
| Siemens (Invivo) | LG SHOULDER COIL | 5516591 | 6817 |
| Siemens (Invivo) | SM SHOULDER COIL | 5516583 | 5656 |
| Siemens | SPINE MATRIX | 07579340 | *unclear* |

| Property | # | Model/Type |
|---|---|---|
| **Material Property - Radiology Equipment** | | |
| 1   Siemens 1.5T MRI | 1 | MAGNETOM Espree |
| 2   Siemens 64-slice CT | 1 | SOMATOM Sensation |
| 3   Fujitsu-Siemens CT Workstation | 1 | Navigator (w/ LCD monitor) |
| 4   Fujitsu-Siemens MRI Workstation | 1 | MRI Control Panel (w/ LCD monitor) |
| 5   Fujitsu-Siemens Workstation | 1 | Wizard (w/ LCD monitor) |
| 6   Siemens MRI Coil: Body Matrix | 1 | 7579555 |
| 7   Siemens MRI Coil: Extremity | 1 | 7579472 |
| 8   Siemens MRI Coil: Flex - Large | 1 | 5512053 |
| 9   Siemens MRI Coil: Flex - Small | 1 | 5512038 |
| 10  Siemens MRI Coil: Head Matrix | 1 | 7577732 |
| 11  Siemens MRI Coil: Neck Matrix | 1 | 7577906 |
| 12  Siemens (Invivo) MRI Coil: Shoulder - Large | 1 | 5516591 |
| 13  Siemens (Invivo) MRI Coil: Shoulder - Small | 1 | 5516583 |
| 14  Siemens MRI Coil: Spine Matrix | 1 | 7579340 |
| 15  EZEM (Bracco) Power Injector | 1 | EmpowerCTA |
| 16  Medrad Power Injector | 1 | Spectris Solaris |
| 17  Kodak Laser Imager | 1 | DryView 8900 |
| **Material Property - Novarad PACS Radiology Imaging Storage System** | | |
| 1   Novarad PACS Server | 2 | Dell PowerEdge |
| 2   Novarad Computer Workstation | 1 | Dell Precision T3500 |
| 3   Novarad Computer Workstation | 1 | Dell Precision T3500 |
| 4   Dell 24" LCD Monitor | 1 | U2410 |
| 5   Dell 19" LCD Monitors | 1 | P190S |
| **Material Property - Medical Equipment** | | |
| 1   HP EKG | 1 | M1771A Pagewriter 200 |
| 2   SpaceLabs Medical Pulse Oximeter | 2 | Model 90309 |
| 3   HP Defibrillator | 1 | CodeMasterXL+ |
| 4   Banyan Crash Kit | 1 | Stat Kit 700 w/ ACLS Compliance Update |
| 5   Oxygen w/ regulator | 3 | E Cylinder |
| 6   MRI-safe Oxygen w/ regulator & cart | 1 | E Cylinder |
| 7   Fend All Emergency Eyewash | 1 | Pure Flow 1000 |

## **Material Property - Computers and Related (On-site)**

| | | | |
|---|---|---|---|
| 1 | Barco 3MP Grayscale Diagnostic Monitors | 2 | MDCG 3120-CB |
| 2 | Dell Server | 1 | PowerEdge 2900 |
| 3 | Dell Computer Workstation | 1 | Precision 390 |
| 4 | Dell Desktop Computers | 8 | Optiplex 745 |
| 5 | Dell Desktop Computers | 2 | Optiplex 755 |
| 6 | Dell Desktop Computers | 2 | Optiplex GX620 |
| 7 | Dell Desktop Computer | 1 | Inspiron 530 |
| 8 | Dell 24" LCD Monitor | 1 | UltraSharp 2408WFP |
| 9 | Dell 24" LCD Monitor | 1 | UltraSharp 2407WFP |
| 10 | Dell 17" LCD Monitors | 4 | UltraSharp 1707FPV |
| 11 | Dell 19" LCD Monitors | 5 | UltraSharp 1907FPV |
| 12 | Dell 19" LCD Monitors | 3 | UltraSharp 1908FP |
| 13 | Imation Back-Up Solution | 1 | RDX USB Docking Station |
| 14 | Belkin KVM Rack Console - 19" LCD | 1 | F1DC108H |
| 15 | Dell 24-port Gigabit Switch | 1 | PowerConnect 2724 |
| 16 | Netgear 24-port Gigabit Switch | 1 | JFS516 |
| 17 | Fortinet VPN Firewall | 1 | FortiGate 60C |
| 18 | SonicWALL VPN Firewall | 1 | TZ170 |
| 19 | SonicWALL VPN Firewall | 1 | TZ210 |
| 20 | Ubee Cable Modem | 1 | DDW3611 |
| 21 | Innoband ADSL2 Modem | 1 | 8012-G1 |
| 22 | Netopia T1 Modem | 1 | 4622 T1 VPN Router |
| 23 | Brother Multifunction Laser Printer | 1 | MFC-8480DN |
| 24 | Dell Multifunction Laser Printer | 1 | 1815dn |
| 25 | HP Color Inkjet Multi-function Printer | 1 | Officejet Pro L7680 |
| 26 | Fujitsu Scanners | 5 | ScanSnap S510 |

## **Material Property - Computers and Related (Home office)**

| | | | |
|---|---|---|---|
| 1 | Dell Desktop Computer | 1 | Optiplex 755 |
| 2 | Dell 27" LCD Monitor | 1 | UltraSharp 2707WFP |
| 3 | Dell Multifunction Color Laser Printer | 1 | 3115cn |
| 4 | Dell Color Laser Printer | 1 | 3110cn |

## **Material Property - Telephone System**

| | | | |
|---|---|---|---|
| 1 | Avaya IP Telephone System | 1 | IP Office 500 |
| 2 | Avaya Telephone | 4 | 5420 |

| 3 | Avaya Telephone | 11 | 5410 |
| 4 | Avaya IP Telephone | 1 | 5621 |
| 5 | Avaya IP Telephone | 1 | 5610 |
| 6 | Avaya IP Telephone | 1 | 5602 |
| 7 | Avaya Telephone Extension Module | 2 | EU24 |
| 8 | Kentrox Router | 1 | Q2300 |
| 9 | Multitech Fax Server | 1 | FaxFinder |
| 10 | Polycom Conference Phone | 1 | SoundStation2 |

## Material Property - Pertinent Furnishings

### Waiting Room

| 1 | 3' Coffee Table | 1 | Wood |
| 2 | Chairs | 8 | Wood w/ cloth |

### Secondary Waiting Room

| 1 | Small Table | 1 | Wood w/ glass |
| 2 | Sofa | 1 | Leather |
| 3 | Chair | 1 | Wood w/ fabric |
| 4 | End Table | 1 | Wood |
| 5 | Rug | 1 | Wool |
| 6 | Painting | 1 | Framed |

### Reception

| 1 | Custom-Installed Countertops and Cabinetry | | Wood/Laminated |
| 2 | 3-Drawer Lateral File | 4 | Steel |
| 3 | Rolling steel drawers | 4 | Steel |
| 4 | Rolling Printer Stand | 1 | Steel |

### Billing Office

| 1 | Custom-Installed Countertops and Cabinetry | | Wood/Laminated |
| 2 | Rolling steel drawers | 4 | Steel |

### Conference Room

| 1 | Conference Table | 1 | Wood/Laminated |
| 2 | Conference Chairs | 7 | Steel w/ cloth |
| 3 | Long credenza | 1 | Wood/Laminated |
| 4 | Cabinet / 2-Drawer Lateral File | 1 | Steel |

| 5 | 2-Drawer Lateral File | 1 | Steel |
| 6 | Manager's Desk | 1 | Wood/Laminated |
| 7 | Small Cabinet | 1 | Wood/Laminated |

**General Manager's Office**

| 1 | Manager's Desk | 1 | Wood/Laminated |
| 2 | 2-Drawer Lateral File | 2 | Wood/Laminated |
| 3 | Short Bookcase | 1 | Wood/Laminated |

**Storage Room / Management Office**

| 1 | Custom-Installed Countertop | | Wood/Laminated |
| 2 | Modular Steel Wire Racks | 3 | Steel |

**Radiologist's Office**

| 1 | Custom-Installed Countertop and Cabinetry | | Wood/Laminated |

**PACS Server Room**

| 1 | Custom-Installed Countertops and Cabinetry | | Wood/Laminated |

**MRI & CT Suites**

| 1 | Custom-Installed Cabinetry | | Wood/Laminated |

**CT Techs' Station**

| 1 | Siemens Workbench | 1 | Steel, Laminated Top |
| 2 | Custom-Installed Countertop and Cabinetry | | Wood/Laminated |

**MRI Techs' Station**

| 1 | Siemens Workbench | 1 | Steel, Laminated Top |
| 2 | Tall Bookcase | 1 | Wood/Laminated |

**Cardiac (CTA) Paitent Wait Area**

| | Easy Chairs | 2 | Leather |

**Utility Room**

| 1 | Fireproof Cabinet | 1 | Steel |
| 2 | 4-Drawer File Cabinet | 2 | Steel |
| 3 | 4-Drawer Lateral File | 1 | Steel |

| 4 | 5-Drawer Lateral File | 2 | Steel |

**Basement**

| 1 | 4-Drawer File Cabinet | 4 | Steel |
| 2 | 4-Drawer Lateral File | 1 | Steel |
| 3 | 2-Drawer File Cabinet | 2 | Steel |
| 4 | Modular Steel Racks (file storage) | 16 | Steel |
| 5 | Modular Steel Racks (film storage) | 6 | Steel |

**Home office**

| 1 | Custom-made bookcase/cabinet, 7ft. | 10 | Hardwood |
| 2 | Custom-made bookcase/cabinet, 7ft. | 3 | Hardwood |
| 3 | 4-Drawer File Cabinet | 3 | Steel |
| 4 | 4-Drawer Lateral File | 2 | Steel |
| 5 | Conference Table, 6 ft. | 1 | Wood/Laminated |
| 6 | Managers Desk | 1 | Hardwood |
| 7 | L-desk | 1 | Hardwood |
| 8 | Extensive library of medical books | | |

B6C (Official Form 6C) (04/13)

IN RE **Magnetic Resonance Imaging Associates Of** _____   Case No. **1-15-40644 (NHL)**
                                                                        Debtor(s)                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

IN RE **Magnetic Resonance Imaging Associates Of** _____    Case No. **1-15-40644 (NHL)** _____

                                      Debtor(s)                                                 (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4985640018** <br><br> **Radiance Capital Receivables Thirteen, L Successor To CITIBANK 820 A. Street, Suite 220 Tacoma, WA  98402** | X | | **Bank Loan** <br><br><br> VALUE $ **1,285,026.00** | | | | **438,763.00** | |
| ACCOUNT NO. <br><br> **Siemens Medical Solutions USA, Inc C/O Vedder Price 222 North Lasalle Street Chicago, IL  60601** | X | | **Leased Medical Equipment.** <br><br><br> VALUE $ | | | | **4,300,000.00** | **4,300,000.00** |
| ACCOUNT NO. <br><br><br> | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br><br> VALUE $ | | | | | |

_____ **0** continuation sheets attached

|  | | |
|---|---|---|
| Subtotal <br> (Total of this page) | $ **4,738,763.00** | $ **4,300,000.00** |
| Total <br> (Use only on last page) | $ **4,738,763.00** | $ **4,300,000.00** |
|  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

IN RE **Magnetic Resonance Imaging Associates Of** _____    Case No. **1-15-40644 (NHL)**
_____
Debtor(s)    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **Magnetic Resonance Imaging Associates Of**
_____
Debtor(s)

Case No. **1-15-40644 (NHL)**
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **B1128180209** **NY State Dept. Of Taxation & Finance Bankruptcy Section PO Box 5300 Albany, NY 12205** | | | **Taxes Due** | | | | **unknown** | | |
| ACCOUNT NO. **State Of New York Department Of Labor Harriman Office Building 12, Room 256 Albany, NY 12240** | X | | **Unemployment Insurance Contributions** | | | | **unknown** | | |
| ACCOUNT NO. **State Of New York Department Of Labor Harriman State Building 12, Room 256 Albany, NY 12240** | | | **Unemployment Contributions** | | | | **unknown** | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**1**__ of _____**1**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $          $          $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $          $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Magnetic Resonance Imaging Associates Of**
_____
Debtor(s)
(If known)

Case No. **1-15-40644 (NHL)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. _(See Instructions Above.)_ | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0093720001** **Action Environmental Services** **451 Frelinghuysen Ave.** **Newark, NJ  07114** | | | Vendor. | | | | **2,000.00** |
| ACCOUNT NO. **All American Teleradiolgy** **27005 Knickerbocker Road** **Bay Village, OH  44140** | | | Vendor | | | | **25,000.00** |
| ACCOUNT NO. **American Express** **Legal Department** **500 North Franklin Turnpike** **Ramsey, NJ  07446** | X | | Business Debt | | | | **44,000.00** |
| ACCOUNT NO. **Ansell, Grimm & Aaron** **341 Broad Street** **Clifton, NJ  07013** | | | Vendor | | | | **1,645.00** |

**4** continuation sheets attached

Subtotal
(Total of this page) $ **72,645.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Magnetic Resonance Imaging Associates Of** _____    Case No. **1-15-40644 (NHL)**
                        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Athas Radiology**<br>**303 Fifth Ave., Suite 209**<br>**New York, NY 10016** | | | Vendor | | | | **91,000.00** |
| ACCOUNT NO. **7531358152-001/002**<br>**Avaya Financial Services**<br>**CIT Technology Financing Service Inc.**<br>**10201 Centurion Parkway North, Suite 100**<br>**Jacksonville, FL 32256** | | | Equipment Lease Payments | | | | **7,760.00** |
| ACCOUNT NO. **631551**<br>**Banyan Internation Corp.**<br>**Dept. CH 14388**<br>**Palatine, IL 60055** | | | Vendor. | | | | **unknown** |
| ACCOUNT NO. **26243**<br>**Carestream Heath, Inc.**<br>**150 Verona Street**<br>**Rochester, NY 14608** | | | Vendor | | | | **1,984.00** |
| ACCOUNT NO. **5170197**<br>**Chase Paymentech Solutions, LLC**<br>**PO Box 29534**<br>**Phoenix, AZ 85038** | | | Vendor | | | | **unknown** |
| ACCOUNT NO. **255958014800024**<br>**Con Edison**<br>**Cooper Station**<br>**PO Box 138**<br>**New York, NY 10276** | | | Utilities | | | | **15,359.00** |
| ACCOUNT NO. **900431892**<br>**Emdeon Business Services, LLC**<br>**3055 Lebanon Pike, Suite 1000**<br>**Nashville, TN 37214** | | | Vendor | | | | **unknown** |

Sheet no. _____**1**___ of ____**4**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **116,103.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** <u>Magnetic Resonance Imaging Associates Of</u>        Case No. **1-15-40644 (NHL)**
                       Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **G 00339668**<br>**Guardian Life Insurance**<br>**3900 Burgess Place**<br>**Bethlehem, PA  18017** | | | State Mandated Disability Insurance | | | | 1,407.00 |
| ACCOUNT NO. **7460**<br>**HealthPass New York**<br>**61 Broadway**<br>**New York, NY  10006** | | | Business Debt | | | | **unknown** |
| ACCOUNT NO.<br>**Jamison Business Systems**<br>**P.O. Box 451**<br>**Port Jefferson, NY  11777** | | | Business Debt | | | | **unknown** |
| ACCOUNT NO.<br>**Jefferson Medical & Imaging**<br>**5470 Berkshire Valley Road**<br>**Oak Ridge, NJ  07438** | | | Vendor | | | | **unknown** |
| ACCOUNT NO.<br>**John Nathenas**<br>**18 Westview Drive**<br>**Upper Brookville, NY  11771** | | | Personal Loan | | | | 159,162.00 |
| ACCOUNT NO. **7075**<br>**Jones Surgical Co. LLC**<br>**101-21 Metropolitan Ave.**<br>**Forest Hills, NY  11375** | | | Vendor | | | | 1,251.00 |
| ACCOUNT NO. **10512478**<br>**Mega Path**<br>**6800 Koll Center Parkway, Suite 200**<br>**Pleasanton, CA  94566** | | | Vendor | | | | 4,924.00 |

Sheet no. _____**2** of _____**4** continuation sheets attached to             Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims     (Total of this page)   $ **166,744.00**

                                       Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** <u>Magnetic Resonance Imaging Associates Of</u>                    Case No. <u>**1-15-40644 (NHL)**</u>
                        Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Merchant Cash & Captial**<br>**460 Park Ave. South, 10th Floor**<br>**New York, NY 10016** | X | | **Bank Loan** | | | | **225,008.00** |
| ACCOUNT NO. **0946044080**<br>**National Grid USA Service Company, Inc**<br>**1 Metro Tech Center**<br>**Brooklyn, NY 11201** | | | **Vendor** | | | | **1,846.00** |
| ACCOUNT NO.<br>**Nikos Nathenas**<br>**18 West View Drive**<br>**Upper Brookville, NY 11771** | | | **Personal Loan** | | | | **111,560.00** |
| ACCOUNT NO. **HYGEI001**<br>**Novarad Coproration**<br>**752 Eash 1180 South, Suite 200**<br>**American Fork, UT 84003** | | | **Vendor** | | | | **51,370.60** |
| ACCOUNT NO. **1000591518001**<br>**NYC Water Board**<br>**PO Box**<br>**Newark, NJ 07101** | | | **Utilities** | | | | **1,052.00** |
| ACCOUNT NO. **9279308004**<br>**Pitney Bowes Global Financial Serivces,**<br>**27 Waterview Drive**<br>**Shelton, CT 06484** | | | **Business Debt** | | | | **904.00** |
| ACCOUNT NO. **00937567881**<br>**Purchase Power**<br>**Pitney Bowes**<br>**2225 American Drive**<br>**Neenah, WI 54956** | | | **Business Debt** | | | | **5,609.00** |

Sheet no. _____**3** of _____**4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     $ **397,349.60**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** <u>Magnetic Resonance Imaging Associates Of</u>                    Case No. <u>1-15-40644 (NHL)</u>
                                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **11221999** <br> **Shred It USA LLC** <br> **15 Charlotte Ave** <br> **Hicksville, NY  11801** | | | Vednor | | | | **262.00** |
| ACCOUNT NO. <br> **State Of New York** <br> **Department Of Labor** <br> **Harriman State Building 12, Room 256** <br> **Albany, NY  12240** | | | **Unemployment Contriubtions** | | | | **unknown** |
| ACCOUNT NO. **8097332** <br> **Stercycle Inc.** <br> **4010 Commerical Ave.** <br> **Northbrook, IL  60062** | | | Vendor | | | | **1,297.00** |
| ACCOUNT NO. **01300112811772** <br> **Tyco Integranted Security, LLC** <br> **10405 Crosspoint Blvd** <br> **Indianapolis, IN  46256** | | | **Business Debt** | | | | **unknown** |
| ACCOUNT NO. **(4648) 34474145** <br> **United Recovery Systems** <br> **Chase Bank USA, NA** <br> **5800 North Course Drive** <br> **Houston, TX  77072** | X | | **Business Debt/VISA** | | | | **12,965.00** |
| ACCOUNT NO. **7185447994168172** <br> **Verizon** <br> **PO Box 15124** <br> **Albany, NY  12212** | | | **Business Debt** | | | | **4,926.00** |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____**4** of ____**4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **19,450.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **772,291.60**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

**IN RE** Magnetic Resonance Imaging Associates Of                    Case No. **1-15-40644 (NHL)**
_____                              _____
                              Debtor(s)                                        (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Siemens Medical Solutions USA, Inc**<br>**C/O Vedder Price**<br>**222 North Lasalle Street**<br>**Chicago, IL  60601** | **MRI and CT Scan Machines** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Magnetic Resonance Imaging Associates Of** _____    Case No. **1-15-40644 (NHL)**
                                                  Debtor(s)                                    (If known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John Nathenas**<br>**18 Westview Drive**<br>**Upper Brookville, NY  11771** | **Siemens Medical Solutions USA, Inc**<br>**C/O Vedder Price**<br>**222 North Lasalle Street**<br>**Chicago, IL  60601**<br><br>**American Express**<br>**Legal Department**<br>**500 North Franklin Turnpike**<br>**Ramsey, NJ  07446**<br><br>**United Recovery Systems**<br>**Chase Bank USA, NA**<br>**5800 North Course Drive**<br>**Houston, TX  77072**<br><br>**Radiance Capital Receivables Thirteen, L**<br>**Successor To CITIBANK**<br>**820 A. Street, Suite 220**<br>**Tacoma, WA  98402**<br><br>**Merchant Cash & Captial**<br>**460 Park Ave. South, 10th Floor**<br>**New York, NY  10016**<br><br>**State Of New York**<br>**Department Of Labor**<br>**Harriman Office Building 12, Room 256**<br>**Albany, NY  12240** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** **Magnetic Resonance Imaging Associates Of**                                    Case No. **1-15-40644 (NHL)**

<div style="text-align:center">Debtor(s)</div> <div style="text-align:right">(If known)</div>

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____

<div style="text-align:right">Debtor</div>

Date: _____        Signature: _____

<div style="text-align:right">(Joint Debtor, if any)</div>
<div style="text-align:right">[If joint case, both spouses must sign.]</div>

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Magnetic Resonance Imaging Associates Of** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**28** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 17, 2015** _____        Signature: ***/s/ John Nathenas*** _____

<div style="text-align:center">**John Nathenas**</div>
<div style="text-align:right">(Print or type name of individual signing on behalf of debtor)</div>

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Eastern District of New York

IN RE:                                                                        Case No. **1-15-40644 (NHL)**

**Magnetic Resonance Imaging Associates Of**                                  Chapter **11**

<div align="center">Debtor(s)</div>

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 614,148.00 | Gross Income 2013 |
| 2,126,271.00 | Gross Income 2012 |

---

**2. Income other than from employment or operation of business**

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

<div style="writing-mode: vertical-rl;">© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

None ☑ *b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

** Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices Of Jae Y. Kim, LLC**<br>**One University Plaza, Suite 212**<br>**Hackensack, NJ** | **3/17/15** | **6,000.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**10. Other transfers**

 None 
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

 None
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

 None 
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

 None
List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None
If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**
For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                    DATES SERVICES RENDERED
**Philip Wiener**

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**John Nathenas**
**18 Westview Drive**
**Upper Brookville, NY  11771**

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **John Nathenas**<br>**18 Westview Drive**<br>**Upper Brookville, NY  11771** | | **100% Shareholder** |

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 17, 2015**                    Signature: ***/s/ John Nathenas***

                                      **John Nathenas, President**
                                                                Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Eastern District of New York

**IN RE:**                                                    Case No. <u>**1-15-40644 (NHL)**</u>

<u>**Magnetic Resonance Imaging Associates Of**</u>                Chapter <u>**11**</u>
<div align="center">Debtor(s)</div>

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**400.00/hr**_____

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

2.  The source of the compensation paid to me was:  ☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:  ☑ Debtor    ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

<div align="center">CERTIFICATION</div>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| <u>**March 17, 2015**</u> | <u>*/s/ Jae Y. Kim*</u> |
| Date | **Jae Y. Kim 044651995** |
| | **Law Offices of Jae Y. Kim, LLC** |
| | **One University Plaza Suite 212** |
| | **Hackensack, NJ  07601** |
| | **(201) 488-8600  Fax: (201) 488-8633** |
| | **jkim@jyklaw.com** |

**United States Bankruptcy Court**
**Eastern District of New York**

IN RE:                                                                 Case No. <u>**1-15-40644 (NHL)**</u>

<u>**Magnetic Resonance Imaging Associates Of**</u>                   Chapter <u>**11**</u>
<div align="center">Debtor(s)</div>

### LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **John Nathenas**<br>**18 Westview Drive**<br>**Upper Brookville, NY  11771-0000** | **100** | **Common Stockholder** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

FB 201A (Form 201A) (06/14)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### **Chapter 13**: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### **Chapter 11**: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### **Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Eastern District of New York**

IN RE:                                                      Case No. <u>**1-15-40644 (NHL)**</u>

<u>**Magnetic Resonance Imaging Associates Of**</u>                    Chapter <u>**11**</u>

<div align="center">Debtor(s)</div>

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: <u>**March 17, 2015**</u>                    <u>*/s/ John Nathenas*</u>
                                                   Debtor

                                                   _____
                                                   Joint Debtor

                                                   <u>*/s/ Jae Y. Kim*</u>
                                                   Attorney for Debtor

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

ACTION ENVIRONMENTAL SERVICES
451 FRELINGHUYSEN AVE
NEWARK NJ  07114

ALL AMERICAN TELERADIOLGY
27005 KNICKERBOCKER ROAD
BAY VILLAGE OH  44140

AMERICAN EXPRESS
LEGAL DEPARTMENT
500 NORTH FRANKLIN TURNPIKE
RAMSEY NJ  07446

ANSELL GRIMM & AARON
341 BROAD STREET
CLIFTON NJ  07013

ATHAS RADIOLOGY
303 FIFTH AVE SUITE 209
NEW YORK NY  10016

AVAYA FINANCIAL SERVICES
CIT TECHNOLOGY FINANCING SERVICE INC
10201 CENTURION PARKWAY NORTH SUITE 100
JACKSONVILLE FL  32256

BANYAN INTERNATION CORP
DEPT CH 14388
PALATINE IL  60055

CARESTREAM HEATH INC
150 VERONA STREET
ROCHESTER NY  14608

CHASE PAYMENTECH SOLUTIONS LLC
PO BOX 29534
PHOENIX AZ  85038

CON EDISON
COOPER STATION
PO BOX 138
NEW YORK NY  10276

EMDEON BUSINESS SERVICES LLC
3055 LEBANON PIKE SUITE 1000
NASHVILLE TN  37214

GUARDIAN LIFE INSURANCE
3900 BURGESS PLACE
BETHLEHEM PA  18017

HEALTHPASS NEW YORK
61 BROADWAY
NEW YORK NY  10006

JAMISON BUSINESS SYSTEMS
PO BOX 451
PORT JEFFERSON NY  11777

JEFFERSON MEDICAL & IMAGING
5470 BERKSHIRE VALLEY ROAD
OAK RIDGE NJ  07438

JOHN NATHENAS
18 WESTVIEW DRIVE
UPPER BROOKVILLE NY  11771

JONES SURGICAL CO LLC
101-21 METROPOLITAN AVE
FOREST HILLS NY  11375

MEGA PATH
6800 KOLL CENTER PARKWAY SUITE 200
PLEASANTON CA  94566

MERCHANT CASH & CAPTIAL
460 PARK AVE SOUTH 10TH FLOOR
NEW YORK NY  10016

NATIONAL GRID USA SERVICE COMPANY INC
1 METRO TECH CENTER
BROOKLYN NY  11201

NIKOS NATHENAS
18 WEST VIEW DRIVE
UPPER BROOKVILLE NY  11771

NOVARAD COPRORATION
752 EASH 1180 SOUTH SUITE 200
AMERICAN FORK UT  84003

NY STATE DEPT OF TAXATION & FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY NY  12205

NYC WATER BOARD
PO BOX
NEWARK NJ  07101

PITNEY BOWES GLOBAL FINANCIAL SERIVCES
27 WATERVIEW DRIVE
SHELTON CT  06484

PURCHASE POWER
PITNEY BOWES
2225 AMERICAN DRIVE
NEENAH WI  54956

RADIANCE CAPITAL RECEIVABLES THIRTEEN L
SUCCESSOR TO CITIBANK
820 A STREET SUITE 220
TACOMA WA  98402

SHRED IT USA LLC
15 CHARLOTTE AVE
HICKSVILLE NY  11801

SIEMENS MEDICAL SOLUTIONS USA INC
C/O VEDDER PRICE
222 NORTH LASALLE STREET
CHICAGO IL  60601

STATE OF NEW YORK
DEPARTMENT OF LABOR
HARRIMAN OFFICE BUILDING 12 ROOM 256
ALBANY NY  12240

STATE OF NEW YORK
DEPARTMENT OF LABOR
HARRIMAN STATE BUILDING 12 ROOM 256
ALBANY NY  12240

STERCYCLE INC
4010 COMMERICAL AVE
NORTHBROOK IL  60062

TYCO INTEGRANTED SECURITY LLC
10405 CROSSPOINT BLVD
INDIANAPOLIS IN  46256

UNITED RECOVERY SYSTEMS
CHASE BANK USA NA
5800 NORTH COURSE DRIVE
HOUSTON TX  77072

VERIZON
PO BOX 15124
ALBANY NY  12212

B201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Eastern District of New York

**IN RE:**

Case No. <u>**1-15-40644 (NHL)**</u>

<u>**Magnetic Resonance Imaging Associates Of**</u>

Chapter <u>**11**</u>

<center>Debtor(s)</center>

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

**X** _____

Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

<u>**Magnetic Resonance Imaging Associates Of**</u>

**X** *_/s/ John Nathenas_*                    3/17/2015

Printed Name(s) of Debtor(s)

Signature of Debtor                    Date

Case No. (if known) <u>**1-15-40644 (NHL)**</u>

**X** _____

Signature of Joint Debtor (if any)                    Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Eastern District of New York**
**www.nyeb.uscourts.gov**

**STATEMENT PURSUANT TO LOCAL**
**BANKRUPTCY RULE 1073-2(b)**

**DEBTOR(S):** Magnetic Resonance Imaging Associates Of _____    **CASE NO.:** 1-15-40644 (NHL) _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☒ **NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.**
☐ **THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:**

**1. CASE NO.:**_____    **JUDGE:**_____    **DISTRICT/DIVISION:**_____
**CASE STILL PENDING (Y/N):**_____    *[If closed]* Date of closing:_____
**CURRENT STATUS OF RELATED CASE:**_____
                    **(Discharged/awaiting discharge, confirmed, dismissed, etc.)**
**MANNER IN WHICH CASES ARE RELATED** *(Refer to* **NOTE** *above)*:_____
**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:**_____
_____
_____

**2. CASE NO.:**_____    **JUDGE:**_____    **DISTRICT/DIVISION:**_____
**CASE STILL PENDING (Y/N):**_____    *[If closed]* Date of closing:_____
**CURRENT STATUS OF RELATED CASE:**_____
                    **(Discharged/awaiting discharge, confirmed, dismissed, etc.)**
**MANNER IN WHICH CASES ARE RELATED** *(Refer to* **NOTE** *above)*:_____
**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:**_____
_____
_____

**3. CASE NO.:**_____    **JUDGE:**_____    **DISTRICT/DIVISION:**_____
**CASE STILL PENDING (Y/N):**_____    *[If closed]* Date of closing:_____
**CURRENT STATUS OF RELATED CASE:**_____
                    **(Discharged/awaiting discharge, confirmed, dismissed, etc.)**
**MANNER IN WHICH CASES ARE RELATED** *(Refer to* **NOTE** *above)*:_____
**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:**_____
_____
_____

*NOTE:* **Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.**

**TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:**

**DISCLOSURE OF RELATED CASES (cont'd)**

**I am admitted to practice in the Eastern District of New York (Y/N):_____**

**CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):**

**I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.**

| | |
|---|---|
| /s/ Jae Y. Kim | /s/ John Nathenas |
| **Signature of Debtor's Attorney** | **Signature of Pro Se Debtor/Petitioner** |
| | |
| | **92-37 Metropolitan Ave.** |
| | **Mailing Address of Debtor/Petitioner** |
| | |
| | **Forest Hills, NY 11375** |
| | **City, State, Zip Code** |
| | |
| | **Email Address** |
| | |
| | **Area Code and Telephone Number** |

**Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.**

**NOTE**: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.