UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X

In the Matter of:                Chapter 11

Magnetic Resonance Imaging       Case No. 1-15-40644 (NHL)
Associates of Queens, P.C.


           debtor.
------------------------------------------------X

## SECOND AFFIRMATION OF SERVICE OF NOTICE OF MOTION AND MEETING OF CREDITORS

I, JAE Y. KIM, an attorney admitted to practice in the State of New York, hereby affirm the following to be true under penalty of perjury:

1. On March 18, 2015, I served debtor's motion to dismiss with supporting affidavit and proposed form of order by sending the documents by regular mail to the parties on the attached service list.

2. On the same date, I served to the same creditors on the attached service list notice of the date, time and place of the first meeting of creditors. See attached notice.


Date: March 24, 2015                _____
                                        Jae Y. Kim /s/
                                         Jae Y. Kim

# LAW OFFICES OF JAE Y. KIM, LLC

ATTORNEYS AT LAW

ONE UNIVERSITY PLAZA
SUITE 212
HACKENSACK, NEW JERSEY 07601-6206
(201) 488-8600
FACSIMILE (201) 488-8633
http://www.juklaw.com

Writer's E-mail:
jkim@juklaw.com

JAE Y. KIM♦

*Of Counsel:*
RAYMOND MARELIC♦

*Counsel:*
SEOUN K. KIM*

15 East 32nd Street
3rd Floor
New York, New York 10016
(212) 684-7407
Facsimile (212) 447-0968

*Please respond to*
*New Jersey Office*

♦Admitted in NJ & NY
* Admitted in NY only

March 18, 2015

To Parties On The Attached Service List

Re:   Magnetic Resonance Imaging Associates of Queens, P.C.
      Case No.:1-15-40644, Chapter 11

Dear Sir/Madam:

Magnetic Resonance Imaging Associates of Queens, P.C. filed for relief under Chapter 11 of the United States Bankruptcy Code on February 19, 2015, with the United States Bankruptcy Court for the Eastern District of New York. The debtor was assigned case number 1-15-40644. Kindly note the following dates:

First Meeting of Creditors - March 30, 2015 at 4:00 PM at the United States Bankruptcy Court, 271 Cadman Plaza East, Room 2579, Brooklyn, NY.

Debtor's Motion To Dismiss Case* - Rescheduled to April 8, 2015 at 10:30 AM at the United States Bankruptcy Court, 271 Cadman Plaza East, Room 2529, Brooklyn, NY.

Please be guided accordingly.

Very truly yours,

Law Offices of Jae Y. Kim, LLC

By: _____
        Jae Y. Kim

cc:  MRI Associates of Queens

Enclosure (if not perviously served)*

# SERVICE LIST

Action Environmental Services
451 Frelinghuysen Ave.
Newark, NJ 07114

All American Teleradiolgy
27005 Knickerbocker Road
Bay Village, OH 44140

American Express
Legal Department
500 North Franklin Turnpike
Ramsey, NJ 07446

Ansell, Grimm & Aaron
341 Broad Street
Clifton, NJ 07013

Athas Radiology
303 Fifth Ave., Suite 209
New York, NY 10016

Avaya Financial Services
CIT Technology Financing Service Inc.
10201 Centurion Parkway North, Suite 100
Jacksonville, FL 32256

Banyan Internation Corp.
Dept. CH 14388
Palatine, IL 60055

Carestream Heath, Inc.
150 Verona Street
Rochester, NY 14608

Chase Paymentech Solutions, LLC
PO Box 29534
Phoenix, AZ 85038

Con Edison
Cooper Station
PO Box 138
New York, NY 10276

Emdeon Business Services, LLC
3055 Lebanon Pike, Suite 1000
Nashville, TN  37214

Guardian Life Insurance
3900 Burgess Place
Bethlehem, PA  18017

HealthPass New York
61 Broadway
New York, NY  10006

Jamison Business Systems
P.O. Box 451
Port Jefferson, NY  11777

Jefferson Medical & Imaging
5470 Berkshire Valley Road
Oak Ridge, NJ  07438

John Nathenas
18 Westview Drive
Upper Brookville, NY  11771

Jones Surgical Co. LLC
101-21 Metropolitan Ave.
Forest Hills, NY  11375

Mega Path
6800 Koll Center Parkway, Suite 200
Pleasanton, CA  94566

Merchant Cash & Captial
460 Park Ave. South, 10th Floor
New York, NY  10016

National Grid USA Service Company, Inc
1 Metro Tech Center
Brooklyn, NY  11201

Nikos Nathenas
18 West View Drive
Upper Brookville, NY  11771

Novarad Coproration
752 Eash 1180 South, Suite 200
American Fork, UT  84003

NY State Dept. Of Taxation & Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205

NYC Water Board
PO Box
Newark, NJ 07101

Pitney Bowes Global Financial Serivces,
27 Waterview Drive
Shelton, CT 06484

Purchase Power
Pitney Bowes
2225 American Drive
Neenah, WI 54956

Radiance Capital Receivables Thirteen, L
Successor To CITIBANK
820 A. Street, Suite 220
Tacoma, WA 98402
mike@rcftacoma.com
jody@rcftacoma.com

Shred It USA LLC
15 Charlotte Ave
Hicksville, NY 11801

Siemens Medical Solutions USA, Inc.
Michael J. Edelman, Esq.
Vedder Price P.C.
1633 Broadway
47th Floor
New York, NY 10019
mjedelman@vedderprice.com

State Of New York
Department Of Labor
Harriman Office Building 12, Room 256
Albany, NY 12240
bankruptcy@labor.ny.gov

State Of New York
Department Of Labor
Harriman State Building 12, Room 256
Albany, NY 12240

Stercycle Inc.
4010 Commerical Ave.
Northbrook, IL  60062

Tyco Integranted Security, LLC
10405 Crosspoint Blvd
Indianapolis, IN  46256

United Recovery Systems
Chase Bank USA, NA
5800 North Course Drive
Houston, TX  77072

Verizon
PO Box 15124
Albany, NY  12212

Office of the United States Trustee
Eastern District of New York
Brooklyn Division
201 Varick Street
Suite 1006
New York, NY 10014
USTPRegion02.BR.ECF@usdoj.gov

Stercycle Inc.